| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name. First name, Middle initial)  Underhill, Stefan R | 2. Court or Organization  U.S. District Court (D. Conn.) | 3. Date of Report  5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  Nomination,    Date  Initial    ● Annual    Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  U.S. District Court  915 Lafayette Boulevard  Bridgeport, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is. in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | ▮ Insurance Trust |
| 2.   Trustee | ▮ Trust |
| 3.   Trustee | ▮ Trust #2 |
| 4.   Trustee | ▮ Trust #3 |
| 5.   Trustee | ▮ Trust #4 |
| 6.   Trustee | ▮ Trust #5 |
| 7.   President | Raymond E. Baldwin Chapter, American Inns of Court |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 13 12 07 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income
☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)
☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2003 | Board of Education, Bridgeport, CT; salary |

## IV. REIMBURSEMENTS -- transportation. lodging, food. entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Day, Berry & Howard, LLP | Legal services | $5,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Underhill, Stefan R | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Equity-Income (IRA) | B | Dividend | M | T | None | | | | |
| 2. Fidelity Equity-Income II (IRA) | A | Dividend | J | T | None | | | | |
| 3. Fidelity Contrafund (IRA) | A | Dividend | K | T | None | | | | |
| 4. Fidelity Balanced (IRA) | A | Dividend | K | T | None | | | | |
| 5. Artisan International Fund | A | Dividend | J | T | None | | | | |
| 6. Legg Mason Value Trust | | None | J | T | None | | | | |
| 7. Reynolds Opportunity Fund | A | Distribution | J | T | None | | | | |
| 8. ▉▉▉▉ Insurance Trust | | None | M | T | None | | | | |
| 9. American Century Ultra | A | Dividend | J | T | None | | | | |
| 10. American Century Target Maturities | A | Distribution | J | T | None | | | | |
| 11. Vanguard Star Fund | C | Dividend | M | T | None | | | | |
| 12. Pepsi Common Stock | | None | J | T | None | | | | |
| 13. Northwestern Mutual whole life and 65 life policies | | None | L | T | None | | | | |
| 14. Connecticut Teachers' Retirement Board (vested pension) | | None | J | T | None | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Underhill, Stefan R | 5/12/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII:
   - Assets listed in Part VII include assets held by ███████ trusts identified in Part I.
   - Line 8: Assets of ███████ insurance trust consist of three insurance policies.
   - Line 13: Northwestern Mutual life insurance policies were purchased before I became a judge and should have been listed on all prior financial disclosure reports.
   - Line 14: Connecticut Teachers' Retirement Board pension first vested during 2003 and therefore was not subject to reporting in prior financial disclosure reports.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Underhill, Stefan R | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date _5/12/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544